**Order entered February 17, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01392-CV

### IN THE INTEREST OF C.E.C., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-10464**

## ORDER

We **REINSTATE** this appeal.

On January 30, 2017 we abated the appeal and remanded the cause on appellant's motion requesting counsel to the trial court to conduct a hearing to determine whether appellant was entitled to court-appointed counsel. On February 17, 2017 the Court received a supplemental clerk's record containing the trial court's February 1, 2017 memorandum ruling, findings and appointment of STEPHANIE POND to represent appellant in this appeal.

In our January 30, 2017 order, we ordered appellant's brief due within thirty-five days of the date of the trial court's hearing regarding the appointment of counsel. Accordingly, we **ORDER** appellant's brief due on or before **MARCH 8, 2017**.

We **DIRECT** the Clerk to add **STEPHANIE POND**, SBN 24079817, 701 Commerce Street, Suite 200 Dallas, Texas 75202 as appellant's attorney of record in this appeal.

We **FURTHER DIRECT** the Clerk to send copies of this order to all parties and counsel of record.

/s/     DAVID L. BRIDGES
        JUSTICE